IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

    vs.              CASE No. 05-CR-20032-001

RICHARD SHELDON KING                                   DEFENDANT

### **ORDER**

Now on this 28th day of February, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Government's Motion to Dismiss (#38), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge