IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

   V.                    Criminal No. 05-20032

RICHARD KING                                    DEFENDANT

## O R D E R

Now on this 30th day of March, there comes on for consideration Defendant's Motion to Return Property (Doc. 40) and the Government's Response (Doc. 41). As it appears the Government is not in possession of any of Defendant's property, Defendant's motion is DENIED without prejudice to his right to renew the motion upon a showing that the Government is in possession of Defendant's property.

IT IS SO ORDERED this 30th day of March 2006.

                             /s/ Robert T. Dawson
                             Honorable Robert T. Dawson
                             United States District Judge